

United States District Court
Eastern District of California

| Zackary Fuelling, et. al. | Case Number: 2:25-cv-01125 |

Plaintiff(s)

V.

| Earl Walter Fuelling II, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bryan Matthew Meredith hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: New Phase Investments LLC, Earl Walter Fuelling II, Bidwoo LLC, and Bidpee LLC

On 03/27/2012 (date), I was admitted to practice and presently in good standing in the Western District Court of Tennessee (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/06/2025    Signature of Applicant: /s/ Bryan Matthew Meredith

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Bryan Matthew Meredith |
| Law Firm Name: | Meredith Law Firm, PLLC |
| Address: | 1715 Aaron Brenner Drive |
| | Suite 450 |
| City: | Memphis    State: TN    Zip: 38120 |
| Phone Number w/Area Code: | (901) 315-0232 |
| City and State of Residence: | Collierville, Tennessee |
| Primary E-mail Address: | bryan@meredithlegal.com |
| Secondary E-mail Address: | bryan@meredithlegal.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael Eric Chase |
| Law Firm Name: | Boutin Jones Inc. |
| Address: | 555 Capitol Mall |
| | Suite 1500 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 321-4444    Bar # 214506 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 8, 2025

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE