Michael E. Chase (SBN 214506)
BOUTIN JONES INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
Email: mchase@boutinjones.com

Bryan M. Meredith (TN BPR # 26876)
MEREDITH LAW FIRM, PLLC
1715 Aaron Brenner Drive, Suite 450
Memphis, Tennessee 38120
Tel: 901.315.0232 / Fax: 901.410.3116
Email: bryan@meredithlegal.com
*Admitted Pro Hac Vice*

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY FUELLING, individually and on behalf of Elite RE Investments LLC; ELITE RE INVESTMENTS LLC, individually and on behalf of Property Capital Solutions LLC, South Beale Group LLC, and Wilson Townhomes LLC as 50% member; PROPERTY CAPITAL SOLUTIONS LLC; SOUTH BEALE GROUP LLC; and WILSON TOWNHOMES LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> EARL WALTER FUELLING, II aka WALTER FUELLING; ANDREW MICHAEL FAIRALL; BRITNEE FUELLING; ABRAHAM GARZA; SVYETLANA DUBININA; NEW PHASE INVESTMENTS LLC; PACKS CONSULTING LLC; BLUE IRON ASSETS LLC; HOOMANA HALE LLC; BIDPEE LLC; MFY FUNDING LLC; PUNA ONE INVESTMENTS LLC; BIDWOO LLC; DOT ONE LLC; VISION 22 LLC and | Case No.: 2:25-cv-01125-JAM-JDP <br><br> **STIPULATION AND ORDER GRANTING AN ENLARGEMENT OF PAGE LIMITS FOR BRIEFING RELATED TO DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, TO STAY CASE** |

STIPULATION AND ORDER

1   DOES 1 through 25, inclusive,     )
                                  )

2        Defendants,             )
                                  )

3   PROPERTY   CAPITAL   SOLUTIONS   LLC;   )

4   SOUTH  BEALE  GROUP  LLC;  and  WILSON   )
     TOWNHOMES LLC,              )

5                                   )

6        Nominal Defendants.      )
                                  )

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER

**STIPULATION**

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and request that the Court order an enlargement of the page limits for the briefing related to Defendants' Motion to Dismiss, or Alternatively, to Stay Case (ECF No. 19) filed in response to Plaintiffs' Amended Complaint (ECF No. 4), as follows:

1. This case was originally assigned to United States Magistrate Judge Jeremy D. Peterson;

2. Plaintiffs filed their Amended Complaint on July 15, 2025, which contains 64-pages of allegations and demands for relief (ECF No. 4);

3. On August 7, 2025, Defendants filed their Notice and Motion to Dismiss, or Alternatively, to Stay Case (hereinafter the "Motion"), containing a 30-page Memorandum of Law (ECF No. 19);

4. On August 18, 2025, this case was reassigned to Senior United States District Judge John A. Mendez;

5. The Court filed an Order Re Filing Requirements for Cases Assigned to Judge Mendez on August 18, 2025, setting page limits of 15 pages for memoranda of law in support of and in opposition to motions to dismiss, and five pages for reply memoranda (ECF No. 26-2);

6. Upon re-assignment of this case, Defendants planned to move for an enlargement of the page limitation pursuant to Local Rule 233 so that their 30-page Memorandum of Law attached to the Motion (ECF No. 19) could be filed with leave of Court. However, the parties met and conferred on the relief sought and reached the agreement set forth in this Stipulation.

7. The Parties now seek the Court's approval of their agreement (1) extending the page limitation to 30 pages for Defendants' Memorandum of Law in support of their Motion;

STIPULATION AND ORDER

and (2) extending the page limit to 30 pages for Plaintiffs' Response in opposition to Defendants' Motion.

8.      In the Amended Complaint, five Plaintiffs bring 25 causes of action, individually and derivatively, against 15 named Defendants (ECF No. 4);

9.      The number of parties, number of claims, and complexity of the issues and arguments made in Defendants' Motion, and in Plaintiffs' anticipated Response to the Motion, have made it necessary for the parties to exceed the page limit for their briefing related to Defendants' Motion;

10.     Plaintiffs intend to oppose and fully respond to all of the arguments set forth in the Motion, necessitating extended briefing to their anticipated Opposition.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:**

1.      That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

2.      That the Parties stipulate to (1) extending the page limitation to 30 pages for Defendants' Memorandum of Law in support of their Motion to Dismiss, or Alternatively, to Stay Case; and (2) extending the page limit to 30 pages for Plaintiffs' Response in opposition to Defendants' Motion.

**IT IS SO STIPULATED.**

STIPULATION AND ORDER

1  
2  
3    Dated: August 29, 2025  
4  
5  
6    Dated: August 29, 2025  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16    Dated: August 29, 2025  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Respectfully Submitted,

BOUTIN JONES INC.

By: */s/ Michael E. Chase*
Michael E. Chase

MEREDITH LAW FIRM, PLLC

By: */s/ Bryan M. Meredith*
Bryan M. Meredith (TN BPR # 26876)
1715 Aaron Brenner Drive, STE 450
Memphis, Tennessee 38120
Telephone: 901.315.0232
Facsimile: 901.410.3116
bryan@meredithlegal.com
*Admitted Pro Hac Vice*

*Counsel for Defendants*

GOYETTE, RUANO & THOMPSON, INC.

By: */s/Derek K. Ulmer*
Derek K. Ulmer (SBN 318255)
Gabriella Turnbull (SBN 362233)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone: (916) 851-1900
Facsimile: (916) 851-1995
derek@grtlaw.com
gabby@grtlaw.com

*Counsel for Plaintiffs*

STIPULATION AND ORDER

1

2

## **CERTIFICATE OF SERVICE**

3

I hereby certify that on September 8, 2025, I served a true and correct copy of the foregoing document upon all counsel of record by electronic filing in accordance with the Court's electronic filing program.

4

5

Derek K. Ulmer

6

2366 Gold Meadow Way, Suite 200

Gold River, CA 95670

7

Goyette, Ruano & Thompson, Inc.

E-Mail: derek@grtlaw.com

8

9

*/s/ Bryan M. Meredith*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER

**ORDER**

The Court, having reviewed the Parties' stipulation regarding enlarging the page limits on the briefing related to Defendants' Motion to Dismiss, or Alternatively, to Stay Case and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1)     The page limitation for Defendants' Memorandum of Law in Support of the Motion to Dismiss, or in the Alternative, to Stay Case is hereby **EXTENDED** to **thirty (30) pages**;

2)     The page limit for Plaintiffs' Response in opposition to Defendants' Motion is hereby **EXTENDED** to **thirty (30) pages**; and

3)     If any, the page limit for Defendants' reply is hereby **EXTENDED** to **fifteen (15) pages**.

IT IS SO ORDERED.

September 08, 2025

_____
JOHN A. MENDEZ,
 SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER